IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANDREW HANTZIS, # 16438-112                                         PLAINTIFF

VS.                                       CIVIL ACTION NO. 5:09cv156-DCB-MTP

UNKNOWN MOORE, et. al.                                           DEFENDANT

**ORDER DIRECTING RESPONSE TO MOTION**

Presently pending before the court is a Motion to Dismiss or, in the Alternative, for Summary Judgment [17] filed by Defendants on March 29, 2010. Plaintiff has not responded to the motion. Because the motion, if granted, could result in the dismissal of this case, the court will afford Plaintiff a final opportunity to respond to the motion.

It is, therefore, ORDERED and ADJUDGED that:

1.      Plaintiff shall file his response to the motion on or before May 7, 2010; and

2.      Should Plaintiff fail to respond by May 7, 2010, the motion will be considered and ruled upon without his response.

SO ORDERED AND ADJUDGED this the 20th day of April, 2010.

                                                         s/ Michael T. Parker
                                                         United States Magistrate Judge